# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN GUZMAN,<br><br>Defendant. | Case No. 1:26-cr-00019-KES-EPG-1<br><br>ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY BOND SECURED BY REAL PROPERTY TO SURETY |

As relevant here, on February 6, 2026, the assigned Magistrate Judge held a detention hearing as to Defendant Kevin Guzman. (ECF No. 23.) Defendant was ordered detained. (ECF No. 24.) Following a motion to revoke the detention order, Defendant was released on a full equity property bond and the surrender of his passport. (ECF No. 37.) On July 6, 2026, Defendant posted the full equity bond of a property owned by Surety Oscar Alfredo Guzman in Ridgecrest, CA. (ECF No. 47.) Defendant and Surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 45.) On September 3, 2026, Defendant initially appeared for a violation of pretrial release. (ECF No. 53.) The Court found that Defendant admitted the offense and ordered that the previous conditions of pretrial release be revoked and that Defendant be detained. See 18 U.S.C. § 3148(b)(2). (ECF No. 54.)

In light of the foregoing, the Court ordered the Government to show cause as to why the full equity bond should not be released to the Surety. The Court gave the Government fourteen

days to file a response and stated, "[i]f the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court, and the Court will direct the Clerk of Court to return the bond to the address of the Surety on file." (ECF No. 55.) That deadline has now passed, and the Government has not filed a response.

Accordingly, IT IS HEREBY ORDERED that the appearance full equity bond secured by real property, posted by Surety Oscar Guzman is exonerated. Fed. R. Crim. P. 46(g). The bond is discharged and any and all obligations of the surety and/or property owner are terminated. The lien recorded against the real property located in Ridgecrest, California, securing said bond, is hereby released, extinguished and of no further force or effect.

The Clerk of the Court is authorized and DIRECTED to issue the Full Reconveyance in the proper format and any other documents necessary to effectuate the release of said lien.

IT IS SO ORDERED.

Dated: **September 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge